JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD L. BOOKER, | Case No. 2:22-cv-05981-SPG-JC |
| Plaintiff, | JUDGMENT |
| v. | |
| LAW OFFICE OF JOEL C. KOURY, et al., | |
| Defendants. | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: May 2, 2023

HONORABLE SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE